UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>Plaintiff: **STEPHANIE BIVEN**<br><br>Case No.: 2:22-cv-04127 | MDL NO. 2921<br><br>Honorable Brian R. Martinotti<br>District Court Judge<br><br>Honorable Joseph A. Dickson<br>Magistrate Judge<br><br>MASTER SHORT-FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES AND DEMAND FOR JURY TRIAL |

1. Plaintiff Stephanie Biven, hereby states and incorporates by reference all of the allegations contained in Plaintiffs' Master Long Form Complaint For Personal Injuries, Damages and Demand For Jury Trial ("Master Complaint") as permitted by Case Management Order No. 17 for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Complaint adopted by the plaintiff and incorporated by reference herein, Plaintiff hereby alleges as follows:

**IDENTIFICATION OF PLAINTIFFS AND RELATED INTERESTED PARTIES**

3. Name and current residence of individual who is alleged to have suffered personal injuries and related damages due to implantation of one or more Biocell Textured Breast Implant medical devices ("Biocell"):

   **Stephanie Biven**

   **HI**

4. Consortium Claim(s): Name and current residence of individual(s) alleging damages for loss of consortium: **N/A**

5. If a survival and/or wrongful death claim is asserted: **N/A**

   Name and residence of Decedent when she suffered Biocell-related injuries and/or death:

1

_____
_____
_____
_____

Name and current residence of the individual(s) bringing the claims on behalf of the decedent's estate, and status (i.e., personal representative, administrator, next of kin, successor in interest, etc.):

_____
_____
_____
_____

## **VENUE**

6. Plaintiff alleges that venue for remand and trial is proper in the following federal judicial district:

   **Central District of California**

## **DEVICE IDENTIFICATION**

7. Plaintiff used the following Biocell device[s], which Plaintiff contends caused her injuries. Check all that apply and provide all dates of implant and explant:

| ☒ **NATRELLE Silicone-filled Breast Implants**<br>   ☐ **Style 110**<br>   ☐ **Style 115**<br>   ☒ **Style 120**<br><br>**Date[s] of Implant: 12/2/2011**<br><br>**Date[s] of Explant (if any): 9/11/2019** | ☐ **NATRELLE Saline-Filled Breast Implants**<br>   ☐ **Style 163**<br>   ☐ **Style 168**<br>   ☐ **Style 363**<br>   ☐ **Style 468**<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** |
|---|---|
| ☐ **NATRELLE 410 Highly Cohesive Anatomically Shaped Silicone-Filled Breast Implants**<br>   ☐ **Style LL**<br>   ☐ **Style LM**<br>   ☐ **Style LF**<br>   ☐ **Style LX**<br>   ☐ **Style ML**<br>   ☐ **Style MM**<br>   ☐ **Style MF**<br>   ☐ **Style MX**<br>   ☐ **Style FL** | ☐ **NATRELLE INSPIRA Silicone-Filled Breast Implants**<br>   ☐ **Style TRL**<br>   ☐ **Style TRLP**<br>   ☐ **Style TRM**<br>   ☐ **Style TRF**<br>   ☐ **Style TRX**<br>   ☐ **Style TSL**<br>   ☐ **Style TSLP**<br>   ☐ **Style TSM**<br>   ☐ **Style TSF**<br>   ☐ **Style TSX** |

| | |
|---|---|
| ☐ Style FM<br>☐ Style FF<br>☐ Style FX<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ Style TCL<br>☐ Style TCLP<br>☐ Style TCM<br>☐ Style TCF<br>☐ Style TCX<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ McGhan BioDIMENSIONAL® Silicone-Filled BIOCELL® Textured Breast Implants, Style 153<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE Dual-Gel Breast Implants<br>☐ Style LX<br>☐ Style MX<br>☐ Style FX.<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ NATRELLE Komuro Breast Implants<br>☐ Style KML<br>☐ Style KMM<br>☐ Style KLL<br>☐ Style RLM<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE Ritz Princess Breast Implants<br>☐ Style RML<br>☐ Style RMM<br>☐ Style RFL<br>☐ Style RFM<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ NATRELLE 150 Full Height and Short Height double lumen implants.<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE 133 Plus Tissue Expander<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ NATRELLE 133 Tissue Expander with Suture Tabs<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ OTHER (Please describe):<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |

## PLAINTIFF'S BIOCELL-RELATED INJURIES

8. Plaintiff alleges that one or more Biocell devices caused personal injuries and damages including but not limited to the following: **Plaintiff Stephanie Biven suffers from mental anguish and fear from the increased risk of BIA-ALCL, pain, fatigue, aggravation of depression and anxiety, and other physical and emotional manifestations and related sequelae that are severe and ongoing.**

9. Approximate date of Biocell-device related injury: **To the best of her knowledge, Plaintiff Biven is uncertain of the precise date when she began suffering injuries, pain, damages and related sequelae from the Allergan BIOCELL implants. Plaintiff learned of the product recall due to the increased risk of BIA-ALCL sometime after the July 2019 worldwide recall.**

10. Has Plaintiff or Plaintiff's decedent ever been diagnosed with BIA-ALCL:
    ☐ Yes
    ☒ No
    a. If Yes, date of diagnosis: _____

## CAUSES OF ACTION

11. The following claims asserted in the *Master Complaint* are herein adopted by Plaintiff(s):

    | | | |
    |---|---|---|
    | **X** | Count I: | Strict Liability – Manufacturing Defect |
    | **X** | Count II: | Negligent Manufacturing |
    | **X** | Count III: | General Negligence |
    | **X** | Count IV: | Strict Liability Failure to Warn |
    | **X** | Count V: | Negligent Failure to Warn |
    | **X** | Count VI: | Negligent Misrepresentation |
    | **X** | Count VII: | Breach of Implied Warranty of Merchantability |
    | **X** | Count VIII: | Breach of Express Warranty |
    | **X** | Count IX: | Strict Liability Design Defect |
    | **X** | Count X: | Negligent Design |
    | | Count XI: | Survivorship and Wrongful Death |
    | | Count XII: | Loss of Consortium |
    | **X** | Count XIII: | Punitive Damages |

☒ Other Claims and factual basis therefore:

**Counts VII and VIII: <u>Plaintiff Biven can establish privity with Defendant. Alternatively, Plaintiff can establish that she falls into an exception to a privity requirement. Plaintiff relied on Defendant's warranties contained in written labels and dealt directly with Defendant through the exchange of warranty and recall information. Alternatively, Plaintiff was a foreseeable third-party beneficiary of Defendant's sale of BIOCELL products to her physician. Plaintiff is not required to give notice to Defendant, a remote manufacturer.</u>**

**Count XIV: Negligent in infliction of emotional distress: <u>Defendant was negligent when they breached their duty, pursuant to federal post-approval requirements, by failing to adequately warn Plaintiff Biven and her physicians, either directly or by not timely and accurately reporting to the regulatory authorities the risks of serious defects, adulterations and life-threatening complications, including development of BIA-ALCL experienced by patients in whom BIOCELL products were previously implanted. As a result of the above negligence, Plaintiff suffers from serious emotional distress including anguish, fright, horror, nervousness, grief, anxiety, and worry of BIA-ALCL.</u>**

## **OTHER DEFENDANTS**

12. Plaintiff(s) further bring claims against the following additional Defendants not named in the *Master Complaint*:

   a. Additional Defendant(s): **N/A**

   Additional Defendant 1: _____

   Additional Defendant 2: _____

   Additional Defendant 3: _____

   Additional Defendant 4: _____

   b. Address(es) of Additional Defendants: **N/A**

   Address of Defendant 1: _____

   Address of Defendant 2: _____

   Address of Defendant 3: _____

   Address of Defendant 4: _____

   c. Short and Plain Statement of Factual Allegations against Additional Defendants: **N/A**

   _____
   _____
   _____
   _____
   _____

   d. Claims asserted against Additional Defendants: **N/A**

>  _____
>  _____
>  _____
>  _____
>  _____

**WHEREFORE,** Plaintiff prays for relief and demands a trial by jury as set forth in the Plaintiffs' Master Personal Injury Long Form Complaint in MDL 2921 in the United States District Court for the District of New Jersey.

Date: <u>June 17, 2022</u>

<u>/s/ Mark P. Robinson, Jr.</u>

Mark P. Robinson, Jr., CA Bar No. 054426
Lila Razmara, CA Bar No. 269779
**ROBINSON CALCAGNIE, INC**.
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292
mrobinson@robinsonfirm.com

Jennifer A. Lenze, Esq.
**LENZE LAWYERS, PLC**
1300 Highland Ave, Suite 207
Manhattan Beach, CA 90266
Telephone (310) 322-8800
Facsimile (310) 322-8811
jlenze@lenzelawyers.com


*Counsel for Plaintiffs*
